UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLINDO ANTONIO MYLES,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>W.L. MONTGOMERY, Warden,<br><br>　　　　　　Respondent. | No. 2:15-cv-0591 GEB GGH P<br><br><br>ORDER TO SHOW CAUSE |

  Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.  The petition is signed by someone other than petitioner, an individual who is apparently not an attorney.  It is not permissible for another individual to sign it on his behalf.  E.D. Local Rule 131(b); Fed. R. Civ. P. 11.  By order of April 23, 2015, plaintiff was informed of this requirement and granted twenty-one (21) days in which to file a signed copy of his petition.  (ECF No. 3.)  Petitioner has failed to comply with that order.  He will be given one more opportunity to submit a signed copy.

  In accordance with the above, IT IS HEREBY ORDERED that: Petitioner shall file a signed copy of his petition within **twenty-one (21)** days of this order.  Failure to file a petition

/ / /

/ / /

/ / /

1

signed by petitioner will result in a recommendation that this action be dismissed.

Dated: June 11, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Myle0591.osc