UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLINDO ANTONIO MYLES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN W.L. MONTGOMERY,<br><br>Respondent. | No. 2:15-cv-00591 GEB-GGH<br><br><br><br>ORDER TO SHOW CAUSE |

    Petitioner is a state prisoner proceeding pro se with a petition pursuant to 28 U.S.C. § 2254. On August 18, 2015, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. In accordance with the court's April 23, 2015, order petitioner had until September 17, 2015, to file an opposition or notice of non-opposition. See ECF No. 3. Petitioner has yet to file an opposition or notice of non-opposition to respondent's motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

    Good cause appearing, IT IS HEREBY ORDERED that petitioner shall show cause, within thirty (30) days, why his failure to oppose respondent's August 18, 2015, motion to dismiss should not be deemed a waiver of any opposition to the granting of the motion, and he shall file an opposition. Petitioner is cautioned that failure to respond to the instant order, or to

1  file an opposition to the pending motion to dismiss, will result in a recommendation that this
2  action be dismissed.
3  Dated: October 14, 2015

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/myle591.osc.mab