UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO ANTONIO MYLES, | No. 2:15-cv-00591-GEB-GGH |
| Petitioner, | |
| v. | ORDER |
| WARDEN W.L. MONTGOMERY, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with this action pursuant to 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

On October 15, 2015, the court ordered petitioner to show cause within thirty days why he failed to file a timely opposition to respondent's August 18, 2015, motion to dismiss. ECF No. 17. The same order warned petitioner that if he failed to respond to the court's order or file an opposition within thirty days the undersigned would recommend that his case be dismissed. Id. On November 17, 2015, petitioner filed a response to the court's order, explaining that he did not file a timely opposition for two reasons. ECF No. 18. First, petitioner states that he was moved from Calipatria State Prison to Susanville (High Desert State Prison) and as a result has had problems receiving his mail. Id. Second, petitioner states that his "paralegal" (who writes all of his filings) has recently moved as well, which delays his responses because mail sent to her must

1  be re-directed from her old address, then mailed back to him for his signature.  Id.  Petitioner has
2  yet, however, to file an opposition to respondent's motion to dismiss in accordance with the
3  court's order.

4      The court finds that petitioner has shown good cause why he failed to file a timely
5  opposition to respondent's motion to dismiss up until the filing of his response.  Petitioner does
6  not offer an explanation for why, however, he failed to file an opposition along with his response,
7  or in the almost two months that has passed since then.  Nevertheless, the court will grant
8  petitioner one more opportunity to file an opposition.  Petitioner must file an opposition to
9  respondent's motion to dismiss within thirty days of the service of this order.  If petitioner fails to
10 do so, the court will recommend that this matter be dismissed for failure to prosecute under Rule
11 41(b).

12     In accordance with the foregoing, THE COURT HEREBY ORDERS that:
13     1. Its October 15, 2015, order to show cause, ECF No. 17, is DISCHARGED; and
14     2. Petitioner must file an opposition to respondent's motion to dismiss within thirty days
15 of the service of this order.  Petitioner is cautioned that failure to file an opposition to the pending
16 motion to dismiss will result in a recommendation that this action be dismissed.

17 Dated: January 7, 2016

18                 /s/ Gregory G. Hollows
19               UNITED STATES MAGISTRATE JUDGE

24 /GGH17; myle591.disch