UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLINDO ANTONIO MYLES,<br><br>Petitioner,<br><br>v.<br><br>W.L. MONTGOMERY,<br><br>Respondent. | No.  2:15-cv-0591 GEB GGH<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 14, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 26.  Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 14, 2016, are adopted in full;

    2. Respondent's motion to dismiss on the fact of a mixed petition, ECF No. 15, is denied;

3. This action is stayed pending the exhaustion of petitioner's second claim; and

4. Petitioner is granted thirty days following the final order of the state court within which to file a motion for leave to amend the petition to include the newly exhausted claims.

Dated: April 22, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge