Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
ORLINDO ANTONIO MYLES

# United States District Court
## Eastern District of California

| | |
|---|---|
| ORLINDO ANTONIO MYLES, | No. 2:15-cv-0591 |
| *Petitioner*, vs. | [PROPOSED] ORDER |
| W.L. MONTGOMERY, Warden, California State Prison, Calipatria, | |
| *Respondent*. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| *Real Party in Interest*. | |

**ORDER**

Petitioner is ordered to file a status update on the state law proceedings related to his unexhausted claim on or before Thursday, March 7, 2019.

Dated: February 12, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE