Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
Joseph L. Ryan Bar no. 301375
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
ORLINDO ANTONIO MYLES

# United States District Court
### Eastern District of California

| | |
|---|---|
| ORLINDO ANTONIO MYLES, *Petitioner*, vs. W.L. MONTGOMERY, Warden, California State Prison, Calipatria, *Respondent*. PEOPLE OF THE STATE OF CALIFORNIA, *Real Party in Interest*. | No. 2:15-cv-0591 TLN GGH [PROPOSED] ORDER GRANTING PETITIONER LEAVE TO FILE AN AMENDED PETITION |

## [PROPOSED] ORDER

Petitioner's motion to file an amended petition. Petitioner's amended petition shall be filed within 30 days, and is due on or before April 11, 2019. <u>No unexhausted claims may be set forth in the amended petition</u>. No further extensions of time will be approved.

Dated: March 12, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE