IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ORLINDO ANTONIO MYLES,** | Case No. 2:15-cv-00591-TLN-GGH |
| Petitioner, | **AMENDED [PROPOSED] ORDER** |
| v. | |
| **W.L. MONTGOMERY, Warden,** | |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional 30-days, to and including July 31, 2019, to file a response to the petition for writ of habeas corpus.

Dated: July 8, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

1